```
_____ FILED _____ LODGED
          _____ RECEIVED
```

October 15, 2013

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR13- 5590 |
| Plaintiff, | |
| v. | INFORMATION |
| MARJORIE R. MITCHELL, | (Misdemeanor) |
| Defendant. | |

The United States Attorney charges that:

## COUNT I

On or about August 10, 2012, at Joint Base Lewis-McChord, Washington, within the Western District of Washington, and within the special maritime and territorial jurisdiction of the United States, MARJORIE R. MITCHELL, knowingly and intentionally did possess meperidine hydrochloride (Demerol), a substance controlled under 21 U.S.C. § 812.

All in violation of 18 U.S.C. § 7, and 21 U.S.C. § 844.

## COUNT II

On or about August 10, 2012, at Joint Base Lewis-McChord, Washington, within the Western District of Washington, and within the special maritime and territorial jurisdiction of the United States, MARJORIE R. MITCHELL, did take and carry away with intent to

INFORMATION
United States v. MARJORIE R. MITCHELL
pg. 1

Department of the Army
Special Assistant United States Attorney
Office of the Staff Judge Advocate
Box 339500 MS 69
Joint Base Lewis-McChord, WA 98433-9500
(253) 477-1918 – (253) 477-1919 Fax
usarmy.jblm.i-corps.list.sja-sausa@mail.mil

steal and purloin property of the United States government located at Madigan Army Medical Center, of a value not in excess of One Thousand Dollars ($1,000.00).

All in violation of 18 U.S.C. §§ 7 and 641.

## COUNT III

On or about August 10, 2012, at Joint Base Lewis-McChord, Washington, within the Western District of Washington, and within the special maritime and territorial jurisdiction of the United States, MARJORIE R. MITCHELL, knowingly and intentionally did possess drug paraphernalia used to store or ingest controlled substances.

All in violation of 18 U.S.C. §§ 7 and 13, and R.C.W. 69.50.412(1).

DATED this 11th day of October, 2013.

JENNY A. DURKAN
United States Attorney

*[signature]*
MARGARET V. KURZ
Special Assistant United States Attorney

INFORMATION
United States v. MARJORIE R. MITCHELL
pg. 2

Department of the Army
Special Assistant United States Attorney
Office of the Staff Judge Advocate
Box 339500 MS 69
Joint Base Lewis-McChord, WA 98433-9500
(253) 477-1918 – (253) 477-1919 Fax
usarmy.jblm.i-corps.list.sja-sausa@mail.mil